# Court of Appeals
# of the State of Georgia

ATLANTA,__February 04, 2015___

*The Court of Appeals hereby passes the following order:*

**A15A0822.  TIMOTHY ORLANDO ARNOLD v. THE STATE.**

In 2005, Timothy Orlando Arnold was sentenced as a first offender to seven years on probation for possessing cocaine and receiving stolen property.  In 2011, the trial court revoked his probation for the commission of new felonies, adjudicated him guilty on the 2005 charges, and re-sentenced him. In 2014, Arnold filed a motion to vacate the new sentence on the ground that it was void and illegal. The trial court denied the motion, and Arnold filed this direct appeal. We, however, lack jurisdiction.

Because the underlying subject matter of Arnold's appeal is the revocation of his "first offender" probation, he was required to file an application for discretionary appeal in order to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997). Arnold's failure to file an application for discretionary appeal deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED. See *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,_____02/04/2015_____
        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.